### 19457. JONES *v.* THE STATE.

BLOODWORTH, J. The defendant was convicted, on circumstantial evidence, of maliciously maiming and killing a mule. The jury, by their verdict, said that the evidence excluded every reasonable hypothesis save that of the guilt of the accused; and the trial judge approved their verdict. This court can not say that the motion for a new trial, based on the general grounds only, was improperly overruled.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED APRIL 9, 1929.

*E. L. Forrester,* for plaintiff in error.
*T. O. Marshall,* solicitor, contra.

### 19458. PENNINGTON *et al. v.* THE STATE.

BROYLES, C. J. The accused were convicted of manufacturing whisky. The only evidence directly connecting them with that offense was the testimony of an accomplice, and his testimony was not corroborated by any other evidence whatsoever that directly, and independently of his testimony, connected them with the crime of making whisky. It follows that the verdict was unauthorized and that the refusal to grant a new trial was error.

*Judgment reversed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 9, 1929.

*Harris & Smith, Peebles & Bowden,* for plaintiffs in error.
*A. S. Bradley,* solicitor-general, *M. L. Gross,* solicitor-general, contra.